**UNITED STATES DISTRCT COURT**
**NORTHERN DISTRICT OF TEXAS**
FORTH WORTH DIVISION

| | |
|---|---|
| **CQUENTIA SERIES, LLC and**<br>**HTG SERIES, a series declared by**<br>**CQUENTIA SERIES, LLC**<br><br>       ***Plaintiffs***,<br><br>  **v.**<br><br>**CHANNEL (H), INC. and**<br>**ROBERT CAPELLI,**<br><br>       ***Defendants***. | Case No. 4:17-cv-00916-O<br><br>State Court Cause No.: 348-295398-17 |

**DEFENDANTS' NOTICE OF RELATED CASE**

Pursuant to LR 3.3(a), defendants CHANNEL (H), INC. and ROBERT CAPELLI ("Defendants"), specially appearing by and through their undersigned counsel, respectfully give notice to the Court that, to the best of Defendants' knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the following identified case arises from a common nucleus of operative fact with the case being removed:

- Case caption: *Channel (H), Inc. v. CQuentia Series, LLC, HTG Series, a series declared by CQuentia Series, LLC, and Alan Meeker*

- United States District Court for the Northern District of Texas

- Case No. 4:17-cv-00916-O

- Presiding Judge: Reed O'Connor

- Case Status: Pending

1

Dated: November 15, 2017

Respectfully submitted,

THE APGAR FIRM, PLLC

By: */s/ Margaret Horton Apgar*
MARGARET HORTON APGAR
State Bar No. 24036805
1914 Skillman Street, Suite 110-150
Dallas, Texas 75206
(214) 707-2791 (Phone)
(214) 279-6050 (Fax)
margaret@apgarfirm.com

*Attorneys for Specially Appearing Defendants*

Of Counsel:
Brett E. Lewis
(*pro hac vice* forthcoming)
Justin Mercer
(*pro hac vice* forthcoming)
Lewis & Lin, LLC
45 Main Street, Suite 608
Brooklyn, New York 11201
Tel. (718) 243-9323
brett@ilawco.com
justin@ilawco.com