IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | |
|---|---|
| CQUENTIA SERIES, LLC, ET AL., § | |
| § | |
| Plaintiffs, § | |
| § | |
| VS. § | NO. 4:17-CV-919-A |
| § | |
| CHANNEL (H), INC., ET AL., § | |
| § | |
| Defendants. § | |

ORDER

On November 20, 2017, defendants, Channel (H), Inc., and Robert Capelli, submitted for filing the paper version of their notice of removal filed November 14, 2017. The document bears the signature of a law firm, rather than an individual attorney, as required by the Local Civil Rules, the court's standing order, and the undersigned's judge-specific requirements available at
http://www.txnd.uscourts.gov/sites/default/files/documents/McBrydeStatusReportOrder.pdf.

The court ORDERS that the above-referenced document be, and are hereby, unfiled and stricken from the record and that defendants be granted an extension of time until 4:00 p.m. on November 28, 2017, in which to submit proper documents.

SIGNED November 21, 2017.

JOHN McBRYDE
United States District Judge

| | |
|---|---|
| From: | ecf_txnd@txnd.uscourts.gov |
| To: | Courtmail@txnd.uscourts.gov |
| Subject: | Activity in Case 4:17-cv-00919-A Cquentia Series, LLC et al v. Channel (H), Inc. et al Notice of Removal |
| Date: | Tuesday, November 14, 2017 4:54:03 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

Judges' Copy Requirements.

Forms and Instructions          www.txnd.uscourts.gov

## U.S. District Court

## Northern District of Texas

### Notice of Electronic Filing

The following transaction was entered by Apgar, Margaret on 11/14/2017 at 4:53 PM CST and filed on 11/14/2017

**Case Name:** Cquentia Series, LLC et al v. Channel (H), Inc. et al
**Case Number:** 4:17-cv-00919-A
**Filer:** Channel (H), Inc.
**Document Number:** 1
**Judge Assigned:** John McBryde (presiding)

**Docket Text:**
NOTICE OF REMOVAL from Travis County District Court, case number 34829539817 filed by Channel (H), Inc.. (Filing fee $400; receipt number 0539-8804381) In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas must seek admission promptly. Forms and Instructions found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. (Attachments: # (1) Cover Sheet, # (2) Cover Sheet Supplement, # (3) Exhibit(s), # (4) Exhibit(s), # (5) Exhibit(s), # (6) Exhibit(s), # (7) Exhibit(s), # (8) Additional Page(s)) (Apgar, Margaret)