IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CQUENTIA SERIES, LLC, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-919-A |
| | § | |
| CHANNEL (H), INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

Now pending is the joint motion of plaintiffs, Cquentia Series, LLC, and HTG Series, to remand. The court, having considered the motion, the response of defendants, Channel (H), Inc., and Robert Capelli, the reply, the record, and applicable authorities, finds that the motion should be held in abeyance to give defendants an opportunity to file a proper notice of removal.[1]

The court ORDERS that defendants be, and are hereby, granted leave to file by February 6, 2018, an amended notice of removal establishing the jurisdiction of the court over this action.

SIGNED January 30, 2018.

JOHN McBRYDE
United States District Judge

---

[1] The proposed amended notice of removal the subject of defendants' motion for leave to amend notice of removal is insufficient in that it does not state specifically the citizenship of each party to the lawsuit. For example, it only recites as to plaintiffs what they allege.