U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

FEB - 6 2018

3:57

CLERK, U.S. DISTRICT COURT
By _____
Deputy

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
FORT WORTH DIVISION

CQUENTIA SERIES, LLC and
HTG SERIES, a series declared by
CQUENTIA SERIES, LLC

*Plaintiffs,*

v.

CHANNEL (H), INC. and
ROBERT CAPELLI,

*Defendants.*

Case No.: 4:17-cv-00919-A

State Court Cause No.: 348-295398-17

**DECLARATION OF**
**MARGARET HORTON APGAR**

I, Margaret Horton Apgar, declare as follows:

1.     I am a partner with The Apgar Firm, PLLC and represent defendants Channel (H),

Inc. ("Channel (H)") and Robert Capelli ("Mr. Capelli" and collectively, "Defendants"), for the

instant action. I have personal knowledge of the matters stated herein and/or make this

declaration upon publicly-available records. If called as a witness, I could and would

competently testify thereto.

2.     True and correct copies of (i) a business entity detail report for Axis Global, LLC

from the Nevada Secretary of State and (ii) an excerpt from a Memorandum Opinion dated

August 31, 2015 from the Court of Appeals for the Second District of Texas concerning, *inter*

*alia*, The David Alan Meeker Family Irrevocable Trust are annexed hereto collectively as

**Exhibit A**.

3.     True and correct copies of (i) a business center detail report and (ii) a 2017

Limited Liability Company Annual Report for J8 Medical, LLC from the Wyoming Secretary of

State are annexed hereto collectively as **Exhibit B**.

4.    True and correct copies of (i) an entity detail report for Paro Holdings, LLC from the Delaware Department of State and (ii) a printout for Ross Eichberg's LinkedIn profile concerning Paro Holdings, LLC are annexed hereto collectively as **Exhibit C**.

5.    A true and correct copy of an entity detail report for JEJM, LLC from the Delaware Department of State is annexed hereto as **Exhibit D**.

6.    A true and correct copy of a certificate of formation for Blessings Unlimited, LLC from the Texas Secretary of State is annexed hereto as **Exhibit E**.

7.    A true and correct copy of a certificate of formation for Phoenician Capital Investors, LLC from the Texas Secretary of State is annexed hereto as **Exhibit F**.

8.    A true and correct screenshot of the assumed names report from the business organizations inquiry for Total Diagnostix Labs, LLC (f/k/a CQuentia Series, LLC) dated as of December 12, 2017 from the Texas Secretary of State is annexed hereto as **Exhibit G**.

9.    A true and correct copy of a business entity detail report for HTG LLC from the Nevada Secretary of State is annexed hereto as **Exhibit H**.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Dated: February 6, 2018
       Dallas, Texas

MARGARET HORTON APGAR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

CQUENTIA SERIES, LLC and
HTG SERIES, a series declared by
CQUENTIA SERIES, LLC

                         *Plaintiffs,*

v.

CHANNEL (H), INC. and
ROBERT CAPELLI,

                        *Defendants.*

Case No.: 4:17-cv-00919-A

State Court Cause No.: 348-295398-17

**DECLARATION OF
MARGARET HORTON APGAR**

I, Margaret Horton Apgar, declare as follows:

1.    I am a partner with The Apgar Firm, PLLC and represent defendants Channel (H), Inc. ("Channel (H)") and Robert Capelli ("Mr. Capelli" and collectively, "Defendants"), for the instant action. I have personal knowledge of the matters stated herein and/or make this declaration upon publicly-available records. If called as a witness, I could and would competently testify thereto.

2.    True and correct copies of (i) a business entity detail report for Axis Global, LLC from the Nevada Secretary of State and (ii) an excerpt from a Memorandum Opinion dated August 31, 2015 from the Court of Appeals for the Second District of Texas concerning, *inter alia*, The David Alan Meeker Family Irrevocable Trust are annexed hereto collectively as **Exhibit A**.

3.    True and correct copies of (i) a business center detail report and (ii) a 2017 Limited Liability Company Annual Report for J8 Medical, LLC from the Wyoming Secretary of State are annexed hereto collectively as **Exhibit B**.

4.     True and correct copies of (i) an entity detail report for Paro Holdings, LLC from the Delaware Department of State and (ii) a printout for Ross Eichberg's LinkedIn profile concerning Paro Holdings, LLC are annexed hereto collectively as **Exhibit C**.

5.     A true and correct copy of an entity detail report for JEJM, LLC from the Delaware Department of State is annexed hereto as **Exhibit D**.

6.     A true and correct copy of a certificate of formation for Blessings Unlimited, LLC from the Texas Secretary of State is annexed hereto as **Exhibit E**.

7.     A true and correct copy of a certificate of formation for Phoenician Capital Investors, LLC from the Texas Secretary of State is annexed hereto as **Exhibit F**.

8.     A true and correct screenshot of the assumed names report from the business organizations inquiry for Total Diagnostix Labs, LLC (f/k/a CQuentia Series, LLC) dated as of December 12, 2017 from the Texas Secretary of State is annexed hereto as **Exhibit G**.

9.     A true and correct copy of a business entity detail report for HTG LLC from the Nevada Secretary of State is annexed hereto as **Exhibit H**.

I declare under penalty of perjury under the laws of the United States of America and the State of Texas that the foregoing is true and correct.

Dated: February 6, 2018
       Dallas, Texas

_____

MARGARET HORTON APGAR

2

# Exhibit A

# AXIS GLOBAL, LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 4/25/2012 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0229182012-3 |
| Qualifying State: | NV | List of Officers Due: | 4/30/2018 |
| Managed By: | Managers | Expiration Date: | |
| NV Business ID: | NV20121263195 | Business License Exp: | 4/30/2018 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | UNITED CORPORATE SERVICES, INC. | Address 1: | 2520 ST ROSE PKWY STE 319 |
| Address 2: | | City: | HENDERSON |
| State: | NV | Zip Code: | 89074 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | NEVADA | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

## ⊟  Officers

☐ Include Inactive Officers

**Manager - D. ALAN MEEKER**

| | | | |
|---|---|---|---|
| Address 1: | 894 COOKS BRIDGE ROAD | Address 2: | |
| City: | AIKEN | State: | SC |
| Zip Code: | 29805 | Country: | USA |
| Status: | Active | Email: | |

## ⊟  Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | 20120288016-30 | # of Pages: | 2 |
| File Date: | 4/25/2012 | Effective Date: | |

(No notes for this action)

| Action Type: | Initial List | | |
|---|---|---|---|
| Document Number: | 20120328552-80 | # of Pages: | 1 |
| File Date: | 5/9/2012 | Effective Date: | |
| (No notes for this action) | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20130377037-93 | # of Pages: | 1 |
| File Date: | 6/5/2013 | Effective Date: | |
| (No notes for this action) | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20140310453-53 | # of Pages: | 1 |
| File Date: | 4/29/2014 | Effective Date: | |
| (No notes for this action) | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20150193386-58 | # of Pages: | 1 |
| File Date: | 4/29/2015 | Effective Date: | |
| (No notes for this action) | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20160188582-41 | # of Pages: | 1 |
| File Date: | 4/27/2016 | Effective Date: | |
| (No notes for this action) | | | |

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20170094110-75 | # of Pages: | 1 |
| File Date: | 3/2/2017 | Effective Date: | |
| (No notes for this action) | | | |



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-13-00205-CV

KIP ALLISON                                                          APPELLANT

V.

CONGLOMERATE GAS II L.P.,                                            APPELLEES
CRESTVIEW FARM 250 L.P.,
CRESTVIEW FARM, L.L.C.,
CRESTVIEW FARM, L.L.C. "A
MONTANA LLC," CRESTVIEW
FARM AIKEN LLC, THE BARNETT
SHALE WATER CONSERVATION
CO., CONGLOMERATE GAS,
L.L.C., CONGLOMERATE GAS I,
L.P., CONGLOMERATE HOLDING
LLC, CONGLOMERATE GAS III
L.P., DAN MEEKER
MANAGEMENT, INC.,
VANCOUVER SKY MANAGEMENT
LLC, TRACY BOLT AS TRUSTEE
OF DAVID ALAN MEEKER FAMILY
IRREVOCABLE TRUST, THOMAS
BALLARD AS TRUSTEE OF THE
DAN H. MEEKER CHILDREN'S
IRREVOCABLE TRUST, AND
CLIFFORD W. GINN

----------

### FROM THE 342ND DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 342-236004-09

----------

# MEMORANDUM OPINION[1]

----------

Kip Allison challenges a sanctions order against him arising from pleadings he filed for his client in the underlying suit.[2] In five issues, Allison contends that the trial court abused its discretion by awarding sanctions because (1) there is no evidence supporting the trial court's determination that the invasion of privacy claim was groundless or that it was brought in bad faith or for purposes of harassment or delay, challenging the award of rule 13 sanctions (issues one and two); (2) there is no evidence supporting the trial court's determination that the invasion of privacy claim was brought for an improper purpose, challenging the imposition of sanctions under chapter 10 of the civil practice and remedies code (issue three); and (3) there is no evidence supporting the award of sanctions for Allison's attachment of an improperly notarized affidavit to a response to a motion for summary judgment (issue four). Allison also challenges the amount of sanctions as excessive and complains that the evidence of attorney's fees upon which the sanctions were based was not properly segregated (issue five). We affirm.

---

[1] See Tex. R. App. P. 47.4.

[2] This appeal was originally submitted with oral argument on May 13, 2014. On February 13, 2015, the appeal was assigned to a new panel and author. After appellant moved for oral argument before the new panel, the appeal was resubmitted with oral argument on April 14, 2015.



## Background

Mindy (Wife) and Alan (Husband) Meeker were married in 2002 and had two children.   During the marriage, Husband worked for businesses "owned within [his] family or operated by and among family members."   These include the nontrust appellees[3] (the Companies).   In addition, both Husband and his brother Dan Meeker created trusts (the Trusts) for their minor children.[4]   In this opinion, we will refer to the Companies and the Trusts collectively as the Meeker Entities.

Wife and Husband separated in late summer or fall 2008.   On the morning of November 8, 2008, a Saturday, Wife entered the office of the Meeker Entities.[5] She brought a computer specialist with her.   While there, she took documents related to the Meeker Entities.   In addition, although the computer specialist testified that he tried but failed to install a keylogger program on one of the computers in the office, a forensic examination of Husband's computer showed that spyware had been installed at approximately 10:20 a.m. on November 8,

---

[3]Conglomerate Gas II L.P., Crestview Farm 250 L.P., Crestview Farm, L.L.C., Crestview Farm, L.L.C. "A Montana LLC," Crestview Farm Aiken LLC, The Barnett Shale Water Conservation Co., Conglomerate Gas, L.L.C., Conglomerate Gas I, L.P., Conglomerate Holding LLC, Conglomerate Gas III L.P., and Vancouver Sky Management LLC.   The Companies are primarily owned by the Trusts (defined below).   Although Dan Meeker Management, Inc. is solely owned by Husband's brother, we will also include it in our references to the Companies.

[4]The David Alan Meeker Family Irrevocable Trust and the Dan H. Meeker Children's Irrevocable Trust.

[5]The Meeker Entities alleged that Wife's mother and brother assisted her.

*See* Tex. R. App. P. 33.1(a)(1); *Holland v. Hayden*, 901 S.W.2d 763, 765 (Tex. App.—Houston [14th Dist.] 1995, writ denied).

Accordingly, we overrule Allison's fifth issue.

### Conclusion

Having overruled Allison's dispositive issues, we affirm the trial court's sanctions order against Allison.

/s/ Terrie Livingston

TERRIE LIVINGSTON
CHIEF JUSTICE

PANEL:  LIVINGSTON, C.J.; WALKER and GABRIEL, JJ.

DELIVERED:  August 31, 2015

# Exhibit B

**STATE OF WYOMING ✳ SECRETARY OF STATE**
**ED MURRAY**
**BUSINESS DIVISION**

2020 Carey Avenue, Cheyenne, WY 82002-0020
Phone 307-777-7311 · Fax 307-777-5339
Website: http://soswy.state.wy.us · Email: business@wyo.gov

## Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| | | | |
|---|---|---|---|
| Name | **J8 Medical LLC** | | |
| **Filing ID** | **2014-000663064** | | |
| Type | Limited Liability Company | Status | Active |

### General Information

| | | | |
|---|---|---|---|
| Old Name | | Sub Status | Current |
| Fictitious Name | | Standing - Tax | Good |
| | | Standing - RA | Good |
| Sub Type | | Standing - Other | Good |
| Formed in | Wyoming | Filing Date | 04/17/2014 10:02 AM |
| Term of Duration | Perpetual | Delayed Effective Date | |
| | | Inactive Date | |

**Principal Address**

3045 Inspiration Drive
Germantown, TN 38138

**Mailing Address**

3045 Inspiration Drive
Germantown, TN 38138

**Registered Agent Address**

LEGALINC CORPORATE SERVICES INC.
5830 E 2nd St Ste 8
Casper, WY 82609

**Parties**

| Type | Name / Organization / Address |
|---|---|
| Organizer | Machael Gomez |

**Notes**

| Date | Recorded By | Note |
|---|---|---|

# Filing Information

 Please note that this form CANNOT be submitted in place of your Annual Report.

| Name | **J8 Medical LLC** | | | | |
|---|---|---|---|---|---|
| **Filing ID** | **2014-000663064** | | | | |
| Type | Limited Liability Company | | Status | Active | |

## Most Recent Annual Report Information

| Type | Original | | | AR Year | 2017 |
|---|---|---|---|---|---|
| License Tax | $50.00 | AR Exempt | N | AR ID | 02754131 |
| AR Date | 3/19/2017 6:50 AM | | | | |
| Web Filed | Y | | | | |

## Officers / Directors

| Type | Name / Organization / Address |
|---|---|

| **Principal Address** | **Mailing Address** |
|---|---|
| 3045 Inspiration Drive | 3045 Inspiration Drive |
| Germantown, TN 38138 | Germantown, TN 38138 |

## Annual Report History

| Num | Status | Date | Year | Tax |
|---|---|---|---|---|
| 02376113 | Original | 12/10/2015 | 2015 | $50.00 |

Principal Address 1 Changed  From: 3833 Montclaire Dr.  To: 3045 Inspiration Drive
Principal City Changed  From: Memphis  To: Germantown
Principal Postal Code Changed  From: 38111  To: 38138

| | | | | |
|---|---|---|---|---|
| 02474713 | Original | 04/12/2016 | 2016 | $50.00 |
| 02754131 | Original | 03/19/2017 | 2017 | $50.00 |

## Amendment History

| ID | Description | Date |
|---|---|---|
| 2017-002079634 | RA Address Change | 06/21/2017 |
| 2017-002075419 | RA Address Change | 06/16/2017 |
| 2016-001874368 | Delinquency Notice - Tax | 04/02/2016 |
| 2015-001832871 | Reinstatement - Tax | 12/10/2015 |

Filing Status Changed  From: Inactive - Administratively Dissolved (Tax)  To: Active

| | | |
|---|---|---|
| 2015-001738131 | Dissolution / Revocation - Tax | 06/09/2015 |

Filing Status Changed  From: Active  To: Inactive - Administratively Dissolved (Tax)
Inactive Date Changed  From: No Value  To: 06/09/2015

| | | |
|---|---|---|
| 2015-001717014 | Delinquency Notice - Tax | 04/02/2015 |
| See Filing ID | Initial Filing | 04/17/2014 |

**2017**                     **Limited Liability Company Annual Report**

| | | |
|---|---|---|
| Due on or Before: | April 1, 2017 | |
| ID: | 2014-000663064 | |
| State of Formation: | Wyoming | |
| License Tax Paid: | $50.00 | |
| AR Number: | 02754131 | |

**For Office Use Only**
Wyoming Secretary of State
2020 Carey Avenue, Cheyenne, WY 82002-0020
307-777-7311
https://wyobiz.wy.gov/Business/AnnualReport.aspx

### J8 Medical LLC

1:  Mailing Address

3045 Inspiration Drive
Germantown, TN 38138

*Current Registered Agent:*
LEGALINC CORPORATE SERVICES INC.
1623 Central Ave Ste 145
Cheyenne, WY 82001

2:  Principal Office Address

3045 Inspiration Drive
Germantown, TN 38138

Phone: (901) 277-6850
Email: kevin@j8medical.com

• Please review the current Registered Agent information and, if it needs to be changed or updated, complete the appropriate Statement of Change form available from the Secretary of State's website at http://soswy.state.wy.us

---

I hereby certify under the penalty of perjury that the information I am submitting is true and correct to the best of my knowledge.

| ronald Kevin jones | ronald Kevin jones | March 19, 2017 |
|---|---|---|
| Signature | Printed Name | Date |

---

**The fee is $50 or two-tenths of one mill on the dollar ($.0002), whichever is greater.**

**Instructions:**
1.  Complete the required worksheet.
2.  Sign and date this form and return it to the Secretary of State at the address provided above.

# Exhibit C

Delaware.gov

Governor | General Assembly | Courts | Elected Officials | State Agencies

## State of Delaware
### The Official Website of the First State

Department of State: Division of Corporations

Allowable Characters

View Search Results

### HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

### SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

Loading...

### Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 5495757 | Incorporation Date / Formation Date: | 3/11/2014 (mm/dd/yyyy) |
| Entity Name: | PARO HOLDINGS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | AGENTS AND CORPORATIONS, INC. |
| Address: | 1201 ORANGE ST STE 600 ONE COMMERCE CENTER |
| City: | WILMINGTON |
| County: | New Castle |
| State: | DE |
| Postal Code: | 19801 |
| Phone: | 302-575-0877 |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information  [ Submit ]

[ Back to Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

# Ross Eichberg

Chief Executive Officer at Paro Holdings, LLC

---

## Summary

*Principal and General Counsel of a multinational, diversified family office based in Texas

*Thirty years of "big law firm" experience, mostly as a partner in large international law firms based in Washington, DC

*Entrepreneurial "connector" of capital, people and projects in North America and the Middle East

---

## Experience

### Chief Executive Officer
2000 - Present

Paro Holdings is Ross' family office, which has three business lines. First, Paro owns or controls a residential real estate portfolio in suburban Washington, DC. Second, Paro coinvests with the Crestview Group of Companies (below) in healthcare assets and operating companies. Third, Paro leverages Ross' considerable Middle East relationships to shepherd clients into business ventures in the GCC region, and advises Middle East investors on establishing relationships with North American developers and other strategic partners.

### General Counsel and Principal
1998 - Present

Crestview (www.cviewgroup.com) owns or controls a portfolio of seventeen companies on four continents, in sectors ranging from healthcare to housing, from genetics to logistics, and from pharmaceuticals to food security. Ross has represented Crestview and/or its CEO on many transactions since the 1990s. Currently, Ross manages Crestview's relationships with various outside law firms as well as providing business strategy and advice as a principal in many of Crestview's ventures. Further, Ross leverages his many US and international relationships from thirty years of international legal practice to help Crestview access new markets and new business opportunities.

### Partner at Nixon Peabody LLP
2010 - 2012 (3 years)

While at Nixon Peabody, Ross focused his practice on domestic real estate transactions such as the development of a mixed use "college town" project at the University of Rochester, and the development of a similar mixed use project for Galludet College in Washington, DC. Ross also advanced his international credentials by representing a US-based client in a public/private partnership for the development of an oil port in Kazakhstan, and the development of a cloning laboratory in Buenos Aires.

**Partner**

1986 - 2010 (25 years)

Ross developed the real estate practice at Patton Boggs in the 80's and and was its Practice Group Leader in the 1990's and 2000's. Under his stewardship, the Firm's Real Estate Practice Group represented clients from North America and the Middle East in billions of dollars of developments, financings, and acquisitions/ dispositions across all real estate product types. Some of the larger transactions for which Ross was lead real estate counsel for his clients include the acquisition of the US Bank Building in Seattle; the structured refinance of the Sports Illustrated Building in Manhattan (which was nominated as "Most Ingenious Financing of the Year" by the New York Real Estate Board); the development of the World Headquarters for Discovery Communications; and the development of the Marriot Marquis Hotel in Washington, DC. Ross' clients include sovereign wealth funds, international development firms, and the leading communications company in the world. Ross also developed a niche practice of representing sovereign governments in the development/financing of their US real estate holdings, especially their embassy/chancery assets.

## Education

**University of Virginia School of Law**
Juris Doctor (J.D.), 1981 - 1984
**Activities and Societies:** Tax Law Review; Trial Advocacy Team
**Duke University**
Bachelor's Degree, Management Sciences and Quantitative Methods, 1977 - 1980

# Exhibit D

Delaware.gov          Governor | General Assembly | Courts | Elected Officials | State Agencies

## State of Delaware
### The Official Website of the First State

**Department of State: Division of Corporations**

Allowable Characters

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

SERVICES
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

INFORMATION
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

View Search Results

### Entity Details

#### THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 5627299 | Incorporation Date / Formation Date: | 10/23/2014 (mm/dd/yyyy) |
| Entity Name: | JEJM LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

#### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Name: | ROCKET LAWYER CORPORATE SERVICES LLC |
| Address: | 2035 SUNSET LAKE RD SUITE B-2 |
| City: | NEWARK | County: | New Castle |
| State: | DE | Postal Code: | 19702 |
| Phone: | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ⚪Status ⚪Status,Tax & History Information  [Submit]

[ Back to Entity Search ]

For help on a particular field click on the Field Tag to take you to the help area.

# Exhibit E



| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br>**Certificate of Formation**<br>**Limited Liability Company** | **Filed in the Office of the**<br>**Secretary of State of Texas**<br>Filing #: 802280585 08/26/2015<br>Document #: 627482670002<br>Image Generated Electronically<br>for Web Filing |
| --- | --- | --- |

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## Blessings Unlimited, LLC

### Article 2 – Registered Agent and Registered Office

☑A. The initial registered agent is an organization (cannot be company named above) by the name of:

## United States Corporation Agents, Inc.

**OR**

☐B. The initial registered agent is an individual resident of the state whose name is set forth below:

C. The business address of the registered agent and the registered office address is:

**Street Address:**

**9900 Spectrum Drive    Austin  TX  78717**

### Consent of Registered Agent

☐A. A copy of the consent of registered agent is attached.

**OR**

☑B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☐A. The limited liability company is to be managed by managers.

**OR**

☑B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Managing Member 1: **Sandra  Fleming  Alcorn**          Title: **Managing Member**

Address: **10604 Cobblestone Dr   Benbrook  TX, USA  76126**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

### Organizer

The name and address of the organizer are set forth below.

**Cheyenne Moseley**     **9900 Spectrum Drive, Austin, TX 78717**

### Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

### OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

### Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Cheyenne Moseley, Legalzoom.com, Inc**

Signature of Organizer

**FILING OFFICE COPY**

# Exhibit F

| Secretary of State<br>P.O. Box 13697<br>Austin, TX 78711-3697<br>FAX: 512/463-5709<br><br>Filing Fee: $300 | <br>**Certificate of Formation**<br>**Limited Liability Company** | **Filed in the Office of the**<br>**Secretary of State of Texas**<br>Filing #: 801956030 03/20/2014<br>Document #: 534928540002<br>**Image Generated Electronically**<br>**for Web Filing** |

### Article 1 - Entity Name and Type

The filing entity being formed is a limited liability company. The name of the entity is:

## Phoenician Capital Investors, LLC

### Article 2 – Registered Agent and Registered Office

☐ A. The initial registered agent is an organization (cannot be company named above) by the name of:

**OR**

☑ B. The initial registered agent is an individual resident of the state whose name is set forth below:
**Name:**

## Zachary M. Garsek

C. The business address of the registered agent and the registered office address is:
**Street Address:**

## 920 Foch Street   Fort Worth  TX 76107

### Consent of Registered Agent

☐ A. A copy of the consent of registered agent is attached.

**OR**

☑ B. The consent of the registered agent is maintained by the entity.

### Article 3 - Governing Authority

☑ A. The limited liability company is to be managed by managers.

**OR**

☐ B. The limited liability company will not have managers. Management of the company is reserved to the members.

The names and addresses of the governing persons are set forth below:

Manager 1: **Stephen  J.  Mallick**  Title: **Manager**

Address: **P. O. Box 100487   Fort Worth  TX, USA  76185**

### Article 4 - Purpose

The purpose for which the company is organized is for the transaction of any and all lawful business for which limited liability companies may be organized under the Texas Business Organizations Code.

**Supplemental Provisions / Information**

[The attached addendum, if any, is incorporated herein by reference.]

## Organizer

The name and address of the organizer are set forth below.

**Zachary M. Garsek**      **Barlow Garsek & Simon, LLP, 920 Foch Street, Fort Worth, TX 76107**

## Effectiveness of Filing

☑ A. This document becomes effective when the document is filed by the secretary of state.

## OR

☐ B. This document becomes effective at a later date, which is not more than ninety (90) days from the date of its signing. The delayed effective date is:

## Execution

The undersigned affirms that the person designated as registered agent has consented to the appointment. The undersigned signs this document subject to the penalties imposed by law for the submission of a materially false or fraudulent instrument and certifies under penalty of perjury that the undersigned is authorized under the provisions of law governing the entity to execute the filing instrument.

**Zachary M. Garsek**

Signature of Organizer

**FILING OFFICE COPY**

# Exhibit G

# TEXAS SECRETARY of STATE
# ROLANDO B. PABLOS

__UCC__ | __Business Organizations__ | __Trademarks__ | __Notary__ | __Account__ | __Help/Fees__ | __Briefcase__ | __Logout__

**BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY**

| | | | |
|---|---|---|---|
| **Filing Number:** | 802266237 | **Entity Type:** | Domestic Limited Liability Company (LLC) |
| **Original Date of Filing:** | August 3, 2015 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 32057959713 | **FEIN:** | |
| **Duration:** | Perpetual | | |

| | |
|---|---|
| **Name:** | TOTAL DIAGNOSTIX LABS, LLC |
| **Address:** | 4770 BRYANT IRVIN CT. SUITE 400 |
| | Fort Worth, TX 76107 USA |

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| CQuentia Series, LLC: DSG A Series | November 13, 2015 | November 13, 2025 | | Active | All Counties |
| CQuentia Series, LLC: Thornton Medical A Series | November 13, 2015 | November 13, 2025 | | Active | All Counties |
| CQuentia Series, LLC: Nugenesys Series | November 13, 2015 | November 13, 2025 | | Active | All Counties |
| CQuentia Series, LLC: Ambrosia Series | November 13, 2015 | November 13, 2025 | | Active | All Counties |
| CQuentia Series, LLC: ZCG Series | November 13, 2015 | November 13, 2025 | | Active | All Counties |

[ Order ]  [ Return to Search ]

---

Instructions:
- To place an order for additional information about a filing press the 'Order' button.

# Exhibit H

# HTG LLC

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Default | File Date: | 9/19/2016 |
| Type: | Domestic Limited-Liability Company | Entity Number: | E0411152016-6 |
| Qualifying State: | NV | List of Officers Due: | 9/30/2017 |
| Managed By: | Managing Members | Expiration Date: | |
| NV Business ID: | NV20161553656 | Business License Exp: | 9/30/2017 |

## Additional Information

| | |
|---|---|
| Central Index Key: | |

## Registered Agent Information

| | | | |
|---|---|---|---|
| Name: | REGISTERED AGENTS INC. | Address 1: | 401 RYLAND ST STE 200-A |
| Address 2: | | City: | RENO |
| State: | NV | Zip Code: | 89502 |
| Phone: | | Fax: | |
| Mailing Address 1: | | Mailing Address 2: | |
| Mailing City: | | Mailing State: | NV |
| Mailing Zip Code: | | | |
| Agent Type: | Commercial Registered Agent - Corporation | | |
| Jurisdiction: | WYOMING | Status: | Active |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

## − Officers

☐ Include Inactive Officers

**Managing Member - BERNARDO BARAJAS**

| | | | |
|---|---|---|---|
| Address 1: | 113 W. G ST # 531 | Address 2: | |
| City: | SAN DIEGO | State: | CA |
| Zip Code: | 92101 | Country: | USA |
| Status: | Active | Email: | |

## − Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | 20160411494-22 | # of Pages: | 2 |
| File Date: | 9/19/2016 | Effective Date: | |

(No notes for this action)

| | |
|---|---|
| Action Type: | Initial List |

| | | | |
|---|---|---|---|
| Document Number: 20160419550932 | | | |
| **File Date:** | 9/19/2016 | **Effective Date:** | |

(No notes for this action)